**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 09-22114-CIV-UNGARO/SIMONTON**
<u>**CONSENT CASE**</u>

**NOURREDDINE CHAKROUN,**

      **Plaintiff,**

**v.**

**SARA FOOD MARKET, INC., et al.,**

      **Defendants.**

_____/

<u>**TEN DAY NOTICE OF CONSIDERATION**</u>
<u>**OF MOTION FOR SUMMARY JUDGMENT**</u>

      Presently before the Court is Defendants' Motion For Summary Judgment (DE # 30).  Pursuant to the consent of the parties, this case is referred to the undersigned Magistrate Judge for final disposition (DE # 23).  Based upon the Court's review of the Motion and the record in this case, it is hereby

      **ORDERED** that:

      1) the Court will take the Motion for Summary Judgment, all materials in support, and materials in opposition under advisement no sooner than ten (10) days from the date of this Order, August 27, 2010.

      2) Plaintiffs and Defendant may file sworn affidavits, deposition transcripts, or other admissible material in support of their positions.  The allegations contained in the Complaint are not admissible material to oppose a motion for summary judgment.

      3) Plaintiff's memorandum in opposition to Defendants' Motion for Summary Judgment was due to be served on August 16, 2010.  Plaintiff's failure to exercise his right to file materials in opposition to Defendants' summary judgment motion, pursuant

to this Notice and to Rule 56, may result in the Court accepting as true any of Defendants' uncontroverted evidence.

4) The Court further notes that Plaintiff's failure to respond adequately to this Notice and to Defendants' summary judgment motion may result in a final judgment adverse to Plaintiff being entered without the benefit of trial. *Celotex Corp. v. Catrett*, 477 U.S. 317, 322-23 (1986).

**DONE AND ORDERED** in chambers, in Miami, Florida, on August 17, 2010.

ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
All counsel of record

2